# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**

MAR - 7 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

E-filing

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

CV 08    1399  CW

Re: *Ramin Yeganeh*
    *05-30047 TC* Judge Thomas E. Carlson

Re: *Charles E. Sims v F. Namdaran*
    *05-3240 TC   Judge Thomas E. Carlson*

Dear Mr. Wieking:

[X ] Enclosed please find a conformed copy of the notice of appeal, election to district court document to form the record on appeal, a certified copy of the docket and order being appealed for assignment to a district court judge.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated:  March 7, 2008

By: _____
    ANNA CHO-WONG
    Deputy Clerk    Anna Cho-Wong

WILLIAM E. GILG
Attorney at Law, #151991
305 San Bruno Avenue West
San Bruno, CA 94066
(650) 871-8647
(650) 873-3168 (fax)

*E-filing*

Attorney for Defendants/Appellants

**FILED**

MAR 6 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ECF - Exempt

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08    1399

CW

| | |
|---|---|
| In re RAMIN YEGANEH, | ) Case No. 05-30047 TEC |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| CHARLES E. SIMS, Trustee, | ) Adversary Proceeding No. 05-3240 |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  NOTICE OF APPEAL |
| vs. | ) |
| | ) [Rules of Bankruptcy Procedure, |
| FRAN YEGANEH, ET AL, | )  Rule 8001(a), (b)], |
| | ) |
| | ) |
| Defendants. | ) |

The defendants in the above-entitled matter hereby appeal under Title 28 of the

United States Code, section 158(a), (b) from the Order denying "Defendants' cross

motion for summary judgment" entered by this Bankruptcy Court on February 28, 2008

in this bankruptcy proceeding.

1       The names of all parties to this Order appealed from and the names, addresses,

2 and telephone numbers of their respective attorneys are as follows:

3

4

5    1.  Charles E. Sims, Trustee, represented by

6       Charles P. Maher, Esq.
      Jeffrey Fillerup, Esq.

7       Luce, Forward, Hamilton & Scrips, LLP
      121 Spear St., Suite 200

8       San Francisco, CA 94105

9       (415) 356-4600

10

11    2.  Defendants Fran Yeganeh, et al, represented by

12       William E. Gilg
      Attorney at Law

13       305 San Bruno Avenue West
      San Bruno, CA 94066

14       (650) 871-8647

15

16

17 March 6, 2008

18                  WILLIAM E. GILG,
                 Attorney for Defendants/Appellants

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the within cause; that I am an active member of the State Bar of California; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[]  Fax via (415) 356-4610

– by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: <u>NOTICE OF APPEAL</u>

Party Served:  CHARLES P. MAHER, ESQ.
              Luce, Forward, Hamilton & Scripps, LLP
              Rincon Center II, 121 Spear St., Suite 200
              San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Bruno, California on March 6, 2008.

WILLIAM E. GILG,
Attorney for Appellants

1

1 | WILLIAM E. GILG
Attorney at Law, #151991
2 | 305 San Bruno Avenue West
San Bruno, CA 94066
3 | (650) 871-8647
(650) 873-3168 (fax)
4
5 | Attorney for Defendants/Appellants

**FILED**

MAR 6 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ECF - Exceptn

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH, | ) Case No. 05-30047 TEC |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| CHARLES E. SIMS, Trustee, | ) Adversary Proceeding No. 05-3240 |
| | ) |
| Plaintiff, | ) ELECTION TO APPEAL |
| | ) DIRECTLY TO DISTRICT |
| | ) COURT |
| vs. | ) |
| | ) [Rules of Bankruptcy Procedure, |
| FRAN YEGANEH, ET AL, | )  Rule 8001(e)] |
| | ) |
| | ) |
| Defendants. | ) |

The defendants in the above-entitled matter, hereby elect to have their appeal of

the Order denying "Defendants' cross motion for summary judgment" under Title 28 of

the United States Code, section 158(a), be heard by the United States District Court.

The names of all parties to this Order appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

1

2     1.   Charles E. Sims, Trustee, represented by

3
      Charles P. Maher, Esq.
4     Jeffrey Fillerup, Esq.
      Luce, Forward, Hamilton & Scrips, LLP
5     121 Spear St., Suite 200
      San Francisco, CA 94105
6     (415) 356-4600

7

8     2.   Defendants Fran Yeganeh, et al, represented by

9
      William E. Gilg
10    Attorney at Law
      305 San Bruno Avenue West
11    San Bruno, CA 94066
      (650) 871-8647
12

13

14

15   March 6, 2008
                              _____
16                            WILLIAM E. GILG,
                              Attorney for Defendants/Appellants
17

18

19

20

21

22

23

24

25

26

27

28

Notice of Election re Appeal              -2-

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the within cause; that I am an active member of the State Bar of California; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[]  Fax via (415) 356-4610

– by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: ELECTION TO APPEAL DIRECTLY TO DISTRICT COURT

Party Served:  CHARLES P. MAHER, ESQ.
                         Luce, Forward, Hamilton & Scripps, LLP
                         Rincon Center II, 121 Spear St., Suite 200
                         San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Bruno, California on March 6, 2008.

WILLIAM E. GILG,
Attorney for Appellants

1

Entered on Docket
February 28, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1    E-filing

2                                Signed and Filed: February 28, 2008

3

4                                _____
                                 THOMAS E. CARLSON
5                                U.S. Bankruptcy Judge

6                                _____

7

8                UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   In re                        )  Case No: 05-30047 TEC
                                  )
11   RAMIN YEGANEH,               )  Chapter 7
                                  )
12                                )
                   Debtor.        )
13   _____)
     CHARLES E. SIMS, Trustee,    )  Adv. Proc. 05-3240 TC
14                                )
                   Plaintiff,     )
15   v.                           )
                                  )
16   F. NAMDARAN aka FRAN NAMDARAN )
     aka FARIN NAMDARAN aka FARIN )
17   YEGANEH aka FRAN YEGANEH,    )
                                  )
18                 Defendant.     )
     _____)
19                                )
     CHARLES E. SIMS, Trustee,    )
20                                )
                   Plaintiff,     )  Adv. Proc. 05-3242 TC
21                                )
22   v.                           )
                                  )
23   COAST DEVELOPMENT TRUST and  )
     FARIN YEGANEH aka F. NAMDARAN )
24   FRAN NAMDARAN aka FARIN NAMDARAN )
     aka FRAN YEGANEH,            )
25                                )
                   Defendants.    )
26   _____)



27                                UNITED STATES BANKRUPTCY COURT
                                 Northern District of California
28                               I certify that this is a true, correct and full copy
                                 of the original document on file in my custody.
                                 Dated  3-7-88
                                 by _____
     ORDER RE CROSS MOTIONS        Deputy Clerk
     FOR SUMMARY JUDGMENT    -1-

```
1   CHARLES E. SIMS,                 )    Adv. Proc. 05-3243 TC
                                     )
2                    Plaintiff,      )
                                     )
3   v.                               )
                                     )
4   ADVANTA TRUST and FARIN YEGANEH  )
5   aka F. NAMDARAN aka FRAN NAMDARAN )
    aka FARIN NAMDARAN aka FRAN       )
6   YEGANEH,                         )
                                     )
7                    Defendants.     )
                                     )
8   ─────────────────────────────────
```

**ORDER RE TRUSTEE'S AND DEFENDANTS'
CROSS MOTIONS FOR SUMMARY JUDGMENT**

The court held a hearing on November 15, 2006 on Trustee's and Defendants' cross motions for summary judgment. Jeffery L. Fillerup and Nhung Le appeared for Trustee. Jonathan G. Chance appeared for Defendants.

Upon request of the parties, the court deferred ruling on the cross motions to allow the parties time to discuss settlement. On November 9, 2007, the parties informed the court that settlement efforts had failed, and requested that the court rule on the cross motions.

Upon due consideration, the court hereby orders as follows:

(1) Plaintiff's motion for summary judgment is denied.

(2) Defendants' cross motion for summary judgment is denied.

(3) For purposes of this order:

    (a) The **"San Mateo Properties"** means the following real property involved in the action against Coast Development Properties (A.P. No. 05-3242): (i) 627 Prospect Row, San Mateo, CA; (ii) 48 N. Grant St., San Mateo, CA; and (iii) 718 E. 4th St., San Mateo, CA.

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT               -2-

1    (b)   The **"East Bay Properties"** means the following real
2          property involved in the action against Advanta Trust
3          (A.P. No. 05-3243): (i) 6853 Simson St., Oakland, CA; and
4          (ii) 394 Sparling Drive, Hayward, CA.
5    (c)   The **"Peninsula Properties"** means the following real
6          property involved in the action against Fran Namdaran
7          (A.P. No. 05-3240): (i) 1659 Linda Mar Blvd, Pacifica, CA;
8          (ii) 115 Francisco Dr., South San Francisco, CA; and (iii)
9          139 Francisco Drive, South San Francisco, CA.
10   (d)   The **"Oakland Properties"** means the following real property
11         involved in the action against Allied Management Trust
12         (A.P. No. 05-3241): (i) 2462 Taylor Avenue, Oakland, CA;
13         (ii) 2300 Auseon Avenue, Oakland, CA; (iii) 1012 73rd
14         Avenue, Oakland, CA; (iv) 1278 79th Avenue, Oakland, CA;
15         and (v) 1086 69th Avenue, Oakland, CA.
16  (4)  Plaintiff has established that the following material facts
17       exist without substantial controversy.
18   (a)   Farin Namdaran and F. Namdaran are Debtor's mother.
19   (b)   R. Rad is Debtor.
20   (c)   Debtor's mother is the trustee and beneficiary of the
21         Coast Development Trust.  There is no document evidencing
22         the creation of the Coast Development Trust.
23   (d)   Debtor's mother is the trustee and beneficiary of the
24         Advanta Trust.  There is no document evidencing the
25         creation of the Advanta Trust.
26   (e)   Debtor is the trustee and beneficiary of the Allied
27         Management Trust.
28   (f)   All of the facts set forth in the table below.

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT            -3-

| Date | Event |
|------|-------|
| 8/14/92 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 627 Prospect Row, San Mateo, CA, one of the three San Mateo Properties. |
| 1/27/94 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 48 N. Grant St., San Mateo, CA, one of the three San Mateo Properties. |
| 6/1/94 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 718 E. 4th St., San Mateo, CA, one of the three San Mateo Properties. |
| 9/14/98 | "Ramin Yeganeh, a single man" takes title to the real property at 6853 Simson St., Oakland, CA, one of the two East Bay Properties. |
| 10/8/98 | "Ramin Yeganeh, a single man" takes title to the real property at 394 Sparling Drive, Hayward, CA, one of the two East Bay Properties. |
| 4/7/99 | "Ramin Yeganeh, a single man" takes title to the real property at 1659 Linda Mar Blvd, Pacifica, CA, one of the three Peninsula Properties. |
| 6/25/99 | "Ramin Yeganeh, a single man" takes title to the real properties at 115 Francisco Dr., South San Francisco, CA and 139 Francisco Drive, South San Francisco, CA, two of the three Peninsula Properties. |
| 1999 | Debtor discards or destroys records regarding the San Mateo Properties, the East Bay Properties, and the Peninsula Properties.  Debtor destroys or discards mortgage loan documents, property tax statements, lease agreements, evidence of lease payments received, records of improvements, repair invoices, property insurance statements, and utilities statements. |
| 9/8/99 | Debtor is arrested and his business records are seized; he is charged with violations of the criminal provisions of Cal. Civ. Code § 2945 re business practices of mortgage foreclosure consultants. |
| 10/4/99 | Wobogo files suit against Debtor under Cal. Bus. & Prof. Code § 17200 in San Mateo County Superior Court (Superior Court), Case No. 410586 (State-Court Action); 27 victims allege in the complaint that Debtor unlawfully foreclosed mortgages. |
| 3/20/01 | Debtor pleads no contest to four separate felony counts under Cal. Civ. Code § 2945.4(g), involving four victims.  Debtor is sentenced to five years probation, his broker's license is suspended, and he is ordered not to engage in mortgage broker activity. |

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT          -4-

| | | |
|---|---|---|
| 1<br>2<br>3 | 6/28/01 | Debtor transfers the three Peninsula Properties to "F. Namdaran, a single woman" (Debtor's mother).  No consideration was paid for the transfers.  A motion for summary judgment was pending in the State-Court Action on the date the Peninsula Properties were transferred. |
| 4<br>5 | 7/30/01 | Superior Court grants plaintiffs' motion for summary judgment, determining that Debtor violated Cal. Bus & Prof. Code § 17200; restitution hearings commence. |
| 6<br>7 | 7/31/01 | Debtor transfers the three San Mateo Properties to the Coast Development Trust (in which Debtor's mother is the trustee and beneficiary).  No consideration was paid for the transfers. |
| 8<br>9 | 8/1/01 | Debtor files chapter 13 bankruptcy case; on petition, Debtor uses an incomplete and inaccurate spelling of his name and the wrong home address. |
| 10 | 8/2/01 | Debtor voluntarily dismisses his chapter 13 case. |
| 11<br>12 | 8/10/01 | In State-Court Action, the plaintiffs file an application for temporary restraining order to prohibit Debtor from transferring any real property. |
| 13<br>14<br>15<br>16 | 9/24/01 | Debtor transfers the East Bay Properties to the Advanta Trust (in which Debtor's mother is the trustee and beneficiary).  No consideration was paid for the transfers.  After transferring these properties, Debtor continues to collect the rental income from the properties and does not turn over the rent to his mother. |
| 17<br>18<br>19 | 10/3/01 | The Superior Court grants an order modifying the preliminary injunction, which prohibits Debtor from conducting or engaging in certain real property transactions. |
| 20<br>21 | 4/18/02 | Debtor testifies under oath in the Superior Court: (i) that F. Namdaran was a man named "Fred" or a woman whose name he could not recall; and (ii) that R. Rad was Rick Rad, that his relationship with R. Rad was none. |
| 22<br>23 | June 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 2462 Taylor Avenue, Oakland, CA, one of the five Oakland Properties. |
| 24<br>25 | Sept. 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 2300 Auseon Avenue, Oakland, CA (Auseon Property), one of the five Oakland Properties. |
| 26<br>27 | Nov. 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 1012 73rd Avenue, Oakland, CA, one of the five Oakland Properties. |

28

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT         -5-

| | | |
|---|---|---|
| 1<br>2 | Dec.<br>2002 | Under the name "R. Rad, a single man", Debtor acquires title to 1278 79th Avenue, Oakland, CA, one of the five Oakland Properties. |
| 3<br>4 | January<br>2003 | Under the name "R. Rad, a single man", Debtor acquires title to 1086 69th Avenue, Oakland, CA, one of the five Oakland Properties. |
| 5<br>6<br>7 | 3/21/03 | R. Rad, who is Debtor, transfers all of the Oakland Properties, except the Auseon Property, to the Allied Management Trust, of which Debtor is the trustee and beneficiary. |
| 8 | 5/6/03 | R. Rad, who is Debtor, transfers the Auseon Property to the Allied Management Trust, of which Debtor is the trustee and beneficiary. |
| 9<br>10<br>11 | 6/20/03 | Superior Court finds Debtor guilty of contempt due to Debtor's transfer of the Oakland Properties in violation of the preliminary injunction.  Superior Court sentences Debtor to 36 days in jail. |
| 12 | 6/3/04 | $270K judgment entered in State-Court Action. |
| 13<br>14 | 9/9/04 | Supplemental judgment entered in the State-Court Action adding $130K prejudgment interest, $3,452,803 attorneys' fees, and $32,458 costs to the judgment (collectively, the Judgment). |
| 15<br>16<br>17<br>18 | 1/7/05 | Debtor files chapter 13 bankruptcy case.  Debtor is not eligible for chapter 13 relief because his debts, including the more than $3.8 million Judgment, exceed the chapter 13 debt eligibility limits (as of the petition date: noncontingent, liquidated, unsecured debts of less than $307,765 and noncontingent, liquidated, secured debts of less than $922,975). |
| 19 | 1/21/05 | Debtor's bankruptcy case is converted to chapter 7 because Debtor is not eligible for chapter 13 relief. |
| 20<br>21<br>22 | 2/22/05 | Four days after the trustee filed adversary proceedings against Debtor to recover the San Mateo Properties, the East Bay Properties, the Peninsula Properties, and the Oakland Properties, Debtor transfers the San Mateo Properties to F. Namdaran (Debtor's mother). |
| 23<br>24<br>25 | 2/25/05 | Debtor files schedules in his bankruptcy case.  Debtor does not list in his schedules any of the San Mateo Properties, the East Bay Properties, the Peninsula Properties, or the Oakland Properties. |
| 26<br>27 | 6/1/05 | Debtor testifies under oath at his 2004 examination that he doesn't remember why he didn't put his home address on the bankruptcy petition he filed in 2001, but that it may have been because he didn't want his credit affected. |
| 28 | | |

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT          -6-

1  (5)  The following issues are reserved for trial, as limited by
2       paragraph (6) below:
3       (a)  whether Debtor retained other real or personal property
4            after he transferred the San Mateo, East Bay, Peninsula,
5            and Oakland Properties (collectively, the **"Properties"**);
6       (b)  whether Debtor was insolvent on the date the transfers
7            were made or became insolvent as a result of the
8            transfers; and
9       (c)  whether Debtor made the transfers with actual intent to
10           hinder, delay, or defraud creditors.
11 (6)  Pursuant to this court's October 13, 2006 Order re Cross
12      Motions to Preclude or Compel:
13      (a)  Defendants are precluded from introducing any evidence
14           that Defendants, rather than Debtor, were the true
15           (equitable) owners of the Properties before the transfers
16           at issue.
17      (b)  Defendants are precluded from introducing any evidence
18           that they paid Debtor consideration in connection with the
19           transfers at issue.
20      (c)  Except as provided in subparagraph (6)(d) below,
21           Defendants are authorized to introduce Debtor's testimony
22           and any documents already produced regarding: (i) whether
23           the badges of fraud indicate intent to hinder, delay, or
24           defraud creditors; and (ii) insolvency at the time of or
25           as a result of the transfers at issue.
26      (d)  In addressing the issues identified in subparagraph (6)(c)
27           above, Defendants are precluded from introducing any
28           evidence that Defendants rather than Debtor were the true

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT          -7-

1    (equitable) owners of the Properties before the transfers

2    at issue or any evidence that Defendants paid any

3    consideration in connection with the transfers at issue.

4                        **END OF ORDER**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT                    -8-

1
**COURT SERVICE LIST**

2  Jeffrey L. Fillerup, Esq.
   Luce, Forward, Hamilton & Scripps LLP
3  121 Spear St., Ste. 200
   San Francisco, CA 94105
4
   Nhung Le, Esq.
5  Luce, Forward, Hamilton & Scripps LLP
   121 Spear St., Ste. 200
6  San Francisco, CA 94105

7  Jonathan G. Chance, Esq.
   JC Law Office
8  1605 Middlefield Rd.
   Redwood City, CA 94063
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PreAct, APPEAL

**U.S. Bankruptcy Court**
**Northern District of California (San Francisco)**
**Adversary Proceeding #: 05-03240**
Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
*Related BK Case:* 05-30047
*Related BK Title:* Ramin Yeganeh
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 454 Recover Money/Property

E-filing

*Date Filed:* 02/18/05



**Plaintiff**
----------------------

**Charles E. Sims**

represented by **Charles P. Maher**
Luce, Forward, Hamilton and Scripps
121 Spear St. #200
San Francisco, CA 94105
(415) 356-4600
Email: cmaher@luce.com
*LEAD ATTORNEY*

**Nhung Le**
Luce, Forward, Hamilton and Scripps
121 Spear St. #200
San Francisco, CA 94105
(415) 356-4600
Email: nle@luce.com

V.

**Defendant**
----------------------

**F. Namdaran**

represented by **Jonathan G. Chance**
JC Law Offices
2000 Broadway St.
Redwood City, CA 94063
(650) 299-1269
Email: jonathan@jc-law.net

*aka*
**Fran Namdaran**

*aka*
**Farin Namdaran**

*aka*
**Farin Yeganeh**

*aka*
**Fran Yeganeh**

**Counter-Claimant**
----------------------



.. STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full **copy**
of the original document on file in my custody.
Dated 3-7-08
by _____
Deputy Clerk

**F. Namdaran**

                            represented by **Jonathan G. Chance**
                                     (See above for address)

V.

**Counter-Defendant**
------------------------

**Charles E. Sims**

                            represented by **Charles P. Maher**
                                 Luce, Forward, Hamilton and Scripps
                                 121 Spear St. #200
                                 San Francisco, CA 94105
                                 (415) 356-4600
                                 Email: cmaher@luce.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | 454 (Recover Money/Property): Complaint by Charles E. Sims against F. Namdaran Fee Amount $150. (Attachments: # 1 AP Cover Sheet # 2 Order Re Initial Disclosures and Discovery Conference [TO BE ISSUED BY CLERK]# 3 Summons [TO BE ISSUED BY CLERK]) (Maher, Charles) (Entered: 02/18/2005) |
| 02/18/2005 | | Receipt of filing fee for Complaint(05-03240) [cmp,cmp] ( 150.00). Receipt number 1899776, amount $ 150.00 (U.S. Treasury) (Entered: 02/18/2005) |
| 02/23/2005 | 2 | Summons Issued on F. Namdaran Answer Due 3/25/2005. Status Conference to be held on 4/21/2005 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 02/23/2005) |
| 02/23/2005 | 3 | Order Regarding Initial Disclosures and Discovery Conference . (dmb, ) (Entered: 02/23/2005) |
| 02/28/2005 | 4 | Certificate of Service (RE: related document(s)2 Summons Issued, 3 Discovery Order, 1 Complaint, ). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 02/28/2005) |
| 03/25/2005 | 7 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service Of Process Filed by Defendant F. Namdaran . (dmb, ) (Entered: 04/01/2005) |
| 03/25/2005 | 8 | Notice of Hearing (RE: related document(s)7 Motion to Dismiss Adversary Proceeding filed by Defendant F. Namdaran). Hearing scheduled for 4/29/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Defendant F. Namdaran . (dmb, ) Additional attachment(s) added on 4/1/2005 (dmb, ). (Entered: 04/01/2005) |
| 03/29/2005 | 5 | Alias Summons to be Issued on F. Namdaran (RE: related document(s)1 Complaint, filed by Plaintiff Charles E. Sims). (Le, Nhung) (Entered: 03/29/2005) |
| 04/01/2005 | 6 | Alias Summons Issued on F. Namdaran Date Issued 4/1/2005, Answer Due 5/2/2005. Status Conference to be held on 6/23/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (db, ) (Entered: 04/01/2005) |
| 04/04/2005 | 9 | Certificate of Service (RE: related document(s)3 Discovery Order, 1 Complaint,, 6 Alias Summons Issued). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 04/04/2005) |
| 04/15/2005 | 10 | Brief/Memorandum in Opposition to *Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)7 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Certificate of Service) (Le, Nhung) (Entered: 04/15/2005) |
| 04/22/2005 | 11 | Order To Continue Hearing (RE: related document(s)7 Motion to Dismiss Adversary Proceeding filed by Defendant F. Namdaran). Hearing to be held on 5/16/2005 at 9:30 AM San Francisco |

|  |  | Courtroom 23 - Carlson for 7, (dmb, ) (Entered: 04/25/2005) |
|---|---|---|
| 04/27/2005 | ◑12 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)11 Order to Continued Hearing). Service Date 04/27/2005. (Admin.) (Entered: 04/27/2005) |
| 04/29/2005 | ◑13 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service Of Process Filed by Defendant F. Namdaran . (dmb, ) (Entered: 05/03/2005) |
| 04/29/2005 | ◑14 | Notice of Hearing (RE: related document(s)13 Motion to Dismiss Adversary Proceeding filed by Defendant F. Namdaran). Hearing scheduled for 6/24/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Defendant F. Namdaran . (dmb, ) (Entered: 05/03/2005) |
| 04/29/2005 | ◑15 | Notice Regarding Taking Process Off Calendar (RE: related document(s)7 Motion to Dismiss Adversary Proceeding filed by Defendant F. Namdaran). . (dmb, ) (Entered: 05/03/2005) |
| 05/04/2005 | ◑16 | Ex Parte Motion to Expedite Hearing *on Defendant's Motion to Dismiss for Insufficiency of Service of Process* Filed by Plaintiff Charles E. Sims (RE: related document(s)14 Notice of Hearing, filed by Defendant F. Namdaran). (Attachments: # 1 Declaration # 2 Exhibit A-C to Declaration# 3 Certificate of Service) (Le, ) (Entered: 05/04/2005) |
| 05/06/2005 | ◑18 | Objection To (RE: related document(s)13 Ex Parte Motion to Dismiss Adversary Proceeding). Filed by Defendant F. Namdaran (dmb, ) (Entered: 05/11/2005) |
| 05/11/2005 | ◑17 | Brief/Memorandum in Opposition to *Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)13 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Exhibit A-D to Declaration# 3 Certificate of Service) (Le, Nhung) (Entered: 05/11/2005) |
| 05/11/2005 | ◑19 | Order Granting Motion To Expedite Hearing (Related Doc # 16) Hearing scheduled for 5/16/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 05/12/2005) |
| 05/13/2005 | ◑20 | Notice of Entry of Order Regarding: *Order Advancing Hearing on Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)19 Order on Motion to Expedite Hearing). Filed by Plaintiff Charles E. Sims. (Attachments: # (1) Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/13/2005 | ◑21 | Stipulation, Entry of Order Extending Time to File Answer Filed by Defendant F. Namdaran, Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/14/2005 | ◑22 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)19 Order on Motion to Expedite Hearing). Service Date 05/14/2005. (Admin.) (Entered: 05/14/2005) |
| 05/18/2005 | ◑23 | Order Extending Time To File Answer (RE: related document(s)21 Stipulation for Miscellaneous Relief filed by Plaintiff Charles E. Sims, Defendant F. Namdaran). (dmb, ) (Entered: 05/19/2005) |
| 05/21/2005 | ◑24 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)23 Order). Service Date 05/21/2005. (Admin.) (Entered: 05/21/2005) |
| 06/09/2005 | ◑25 | Answer to Complaint Filed by F. Namdaran . (dmb, ) (Entered: 06/13/2005) |
| 06/09/2005 | ◑26 | Counterclaim For Damages by F. Namdaran against Charles E. Sims . (dmb, ) (Entered: 06/13/2005) |
| 06/23/2005 | ◑ | Hearing Held (Trial set for 12/6/05 at 9:30 AM, Discovery cutoff in 11/4/05. Le to do order). (RE: related document(s)6 Alias Summons Issued). (gh, ) (Entered: 06/27/2005) |

| 06/29/2005 | ◑27 | Motion *to Strike the Counterclaim of F. Namdaran; and Request for Attorney's Fees* Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Charles E. Sims# 3 Exhibit A-C to Sims Declaration# 4 Declaration of Charles P. Maher# 5 Exhibit A-G to Maher Declaration# 6 Declaration of Jeffrey L. Fillerup# 7 Exhibit A to Fillerup Declaration# 8 Certificate of Service) (Maher, Charles) (Entered: 06/29/2005) |
|---|---|---|
| 06/29/2005 | ◑28 | Notice of Hearing *re Motion to Strike the Counterclaim of F. Namdaran; and Request for Attorney's Fees* (RE: related document(s)27 Motion Miscellaneous Relief, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 8/3/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 06/29/2005) |
| 07/08/2005 | ◑29 | Notice Of Dismissal Of (RE: related document(s)26 Counterclaim filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). Filed by Defendant F. Namdaran , Counter-Claimant F. Namdaran . (dmb, ) (Entered: 07/12/2005) |
| 07/17/2005 | ◑30 | Scheduling Order . Discovery due by 11/4/2005. Trial date set for 12/6/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 07/18/2005) |
| 07/19/2005 | ◑31 | Certificate of Service (RE: related document(s)30 Scheduling Order). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 07/19/2005) |
| 07/20/2005 | ◑32 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)30 Scheduling Order). Service Date 07/20/2005. (Admin.) (Entered: 07/20/2005) |
| 07/20/2005 | ◑35 | Response to (RE: related document(s)27 Motion Miscellaneous Relief, ). Filed by Defendant F. Namdaran , Counter-Claimant F. Namdaran (dmb, ) (Entered: 07/21/2005) |
| 07/21/2005 | ◑33 | Response to *Trustee's motion to strike* (RE: related document(s)27 Motion Miscellaneous Relief, ). Filed by Counter-Claimant F. Namdaran (Chance, Jonathan) (Entered: 07/21/2005) |
| 07/21/2005 | ◑34 | Declaration of counterclaimant in opposition of *trustee's motion to strike* (RE: related document(s)27 Motion Miscellaneous Relief, ). Filed by Counter-Claimant F. Namdaran (Chance, Jonathan) (Entered: 07/21/2005) |
| 07/27/2005 | ◑36 | Reply to *Reply Memorandum In Support of Motion to Strike Counterclaim; Request for Attorney's Fees* (RE: related document(s)35 Response). Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims (Attachments: # 1 Declaration Supplemental Declaration of Jeffrey L. Fillerup in Support of Motion to Strike Counterclaim# 2 Exhibit A-C to Supplemental Declaration# 3 Certificate of Service) (Maher, Charles) (Entered: 07/27/2005) |
| 08/03/2005 | ◑ | Hearing Held (Matter is submitted) (RE: related document(s)27 Motion *to Strike the Counterclaim of F. Namdaran; and Request for Attorney's Fees*, 28 Notice of Hearing, ). (gh, ) (Entered: 08/03/2005) |
| 08/03/2005 | ◑37 | Order Granting Motion to strike and awarding attorney fees.(Related Doc # 27) (jjg, ) (Entered: 08/04/2005) |
| 08/06/2005 | ◑38 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)37 Order on Motion for Miscellaneous Relief). Service Date 08/06/2005. (Admin.) (Entered: 08/06/2005) |
| 09/16/2005 | ◑39 | Stipulation, STIPULATION REGARDING ATTORNEY'S FEES AWARD AND MOTION TO STRIKE ORDER Filed by Defendant F. Namdaran, Plaintiff Charles E. Sims (RE: related document(s)37 Order on Motion for Miscellaneous Relief). (Maher, Charles) (Entered: 09/16/2005) |

| | | |
|---|---|---|
| 09/21/2005 | 🔵40 | Order Regarding Attorney's Fees Award and Motion To Strike Order. (RE: related document(s)39 Stipulation for Miscellaneous Relief filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, Counter-Claimant F. Namdaran, Defendant F. Namdaran, 27 Motion Miscellaneous Relief, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (dmb, ) (Entered: 09/21/2005) |
| 09/22/2005 | 🔵 | Hearing Continued . (Status Conference continue to 11/18/05 at 9:30 AM. Trial also set for 5/2/06 at 9:30 AM). (gh, ) (Entered: 09/23/2005) |
| 09/23/2005 | 🔵41 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)40 Order, ). Service Date 09/23/2005. (Admin.) (Entered: 09/23/2005) |
| 10/07/2005 | 🔵42 | Scheduling Order . Discovery due by 4/3/2006. Trial date set for 5/2/2005 at 09:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 10/13/2005) |
| 10/15/2005 | 🔵43 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)42 Scheduling Order). Service Date 10/15/2005. (Admin.) (Entered: 10/16/2005) |
| 12/05/2005 | 🔵 | Hearing Continued . (Status Conference continued to 2/24/06 at 9:30 AM). (gh, ) (Entered: 12/05/2005) |
| 12/08/2005 | 🔵44 | Certificate of Service *(Proposed Order Continuing Status Conference and Staying Discovery)* Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 12/08/2005) |
| 12/16/2005 | 🔵45 | Order Continuing Status Conference And Staying Discovery (RE: related document(s)42 Scheduling Order). (dmb, ) (Entered: 12/19/2005) |
| 02/17/2006 | 🔵46 | Status Conference Statement Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/17/2006) |
| 02/23/2006 | 🔵47 | Status Conference Statement Filed by Defendant F. Namdaran, Counter-Claimant F. Namdaran (Chance, Jonathan) (Entered: 02/23/2006) |
| 02/24/2006 | 🔵 | Hearing Continued (Status Conference to be heard on March 31, 2006 at 10:30 AM) (RE: related document(s) Hearing Continued/Rescheduled (BK)). (gh, ) (Entered: 02/27/2006) |
| 04/11/2006 | 🔵48 | Motion to Extend Time *Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # 3 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |
| 04/11/2006 | 🔵49 | Notice of Hearing *On Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 6/2/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |
| 05/18/2006 | 🔵50 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Truste'es Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 49 Notice of Hearing, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 7/7/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 48, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/18/2006) |

| | | |
|---|---|---|
| 06/22/2006 | ●51 | Second Notice of Continued Hearing *on Motion For Enlargement Of Time Until June 30, 2006 For The Filing Of The Trustee's Motion To Compel Discovery From The Defendants And/Or Debtor And Amended Request* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 8/25/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 48, Filed by Defendant F. Namdaran. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 06/22/2006) |
| 08/21/2006 | ●52 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006, for the Filing of the Trustee's Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 48, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 08/21/2006) |
| 08/21/2006 | ●53 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006, for the Filing of the Trustee's Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request [FILED TO UPLOAD CORRECT PDF DOCUMENTS]* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 48, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 08/21/2006) |
| 09/08/2006 | ●54 | Motion *to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum in Support of Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery# 2 Request for Judicial Notice# 3 Declaration of Emily Maxwell# 4 Declaration of Charles Sims# 5 Declaration of Jeffrey L. Fillerup# 6 Exhibits 92-96 of Fillerup Declaration# 7 Exhibits 97-100 of Fillerup Declaration# 8 Exhibit 101 to Fillerup Declaration# 9 Exhibits 102-108 of Fillerup Declaration# 10 Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/08/2006 | ●55 | Notice of Hearing *of Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)54 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/08/2006 | ●56 | Motion for Summary Judgment *Based on Actual Fraud* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum in Support of Trustee's Motion for Summary Judgment Based on Actual Fraud# 2 Request for Judicial Notice# 3 Declaration of Emily Maxwell# 4 Declaration of Charles Sims# 5 Declaration of Jeffrey L. Fillerup# 6 Exhibits 92-96 of Fillerup Declaration# 7 Exhibits 97-100 of Fillerup Declaration# 8 Exhibit 101 to Fillerup Declaration# 9 Exhibits 102-108 of Fillerup Declaration# 10 Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/08/2006 | ●57 | Notice of Hearing *on Motion for Summary Judgment Based on Actual Fraud* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/08/2006 | ●58 | Notice Regarding *Lodgment of Documentary Evidence for Which Judicial Notice is Sought, and Other Deposition and Documentary Evidence in Support of (1) Motion for Summary Judgment Based on Actual Fraud, and (2) Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery (PART 1 - Exhibits 1-47)* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 54 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Exhibits 1 - 15# 2 Exhibits 16-29# 3 Exhibits 30-39# 4 Exhibits 40-42# 5 Exhibits 43-47# 6 |

| | | |
|---|---|---|
| | | Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/08/2006 | 59 | Notice Regarding *Lodgment of Documentary Evidence for Which Judicial Notice is Sought, and Other Deposition and Documentary Evidence in Support of (1) Motion for Summary Judgment Based on Actual Fraud, and (2) Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery (PART 2 - Exhibits 48-91)* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 54 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Exhibits 48-49# 2 Exhibits 50-55# 3 Exhibits 56-65# 4 Exhibits 66-74# 5 Exhibit 75# 6 Exhibits 76-78# 7 Exhibits 79-90# 8 Exhibit 91# 9 Certificate of Service) (Maher, Charles) (Entered: 09/08/2006) |
| 09/12/2006 | 60 | Motion to Continue Hearing On (RE: related document(s)56and 54 Motion for Summary Judgment/Adjudication. Filed by Defendant F. Namdaran , Counter-Claimant F. Namdaran (gg, ) Modified on 9/15/2006 (gg, ). (Entered: 09/12/2006) |
| 09/14/2006 | | Hearing Held . (Trustee's motions to preclude evidence will be heard on 10/6/06 at 9:30 AM and summary judgement motion is off calendar). (gh, ) (Entered: 09/14/2006) |
| 09/18/2006 | 61 | Fourth Notice of Continued Hearing *on Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor and Amended Request* (RE: related document(s)48 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims. Hearing to be held on 10/6/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 48, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/18/2006) |
| 09/22/2006 | 62 | Defendants' Notice of Motion and Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery, Hearing will be held on October 6, 2006 at 9:30 a.m. in Courtroom 23. Filed by Defendant F. Namdaran . (gg, ) (Entered: 09/22/2006) |
| 09/22/2006 | 63 | Opposition To Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery. (RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant F. Namdaran (gg, ) Modified on 9/28/2006 (gg, ). (Entered: 09/28/2006) |
| 09/22/2006 | 64 | Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)63 Opposition Brief/Memorandum). Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | 65 | Declaration Re Defendants Motion and Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery (RE: related document(s)62 Motion Miscellaneous Relief, ). Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | 66 | Declaration of Debtor in Opposition of Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | 67 | Declaration of Attorney Re Opposition to Plaintiff Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |
| 09/28/2006 | | Hearing Set On (RE: related document(s)62 Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 09/28/2006) |
| 09/28/2006 | 68 | Certificate of Service (RE: related document(s)63 Opposition Brief/Memorandum). Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |

| | | |
|---|---|---|
| 09/28/2006 | ●69 | Certificate of Service (RE: related document(s)62 Motion Miscellaneous Relief, . Filed by Defendant F. Namdaran (gg, ) (Entered: 09/28/2006) |
| 09/29/2006 | ●70 | Reply to *Opposition to Trustee's Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)63 Opposition Brief/Memorandum. Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/29/2006) |
| 09/29/2006 | ●71 | Brief/Memorandum in Opposition to *The Defendants' Motion To Preclude Testimony And Evidence, Or In The Alternative Motion To Compel* (RE: related document(s)62 Motion Miscellaneous Relief, ). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Jeffrey L. Fillerup# 2 Exhibit 1-19 to Declaration of Jeffrey L. Fillerup# 3 Exhibit 20-26 to Declaration of Jeffrey L. Fillerup# 4 Certificate of Service) (Le, Nhung) (Entered: 09/29/2006) |
| 10/02/2006 | ●72 | Tentative Ruling: Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery(Related Doc # 54)(gg, ) Modified on 10/3/2006 (gg, ). Modified on 10/3/2006 (gg, ). (Entered: 10/02/2006) |
| 10/04/2006 | ●73 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)72 Order on Motion for Miscellaneous Relief). Service Date 10/04/2006. (Admin.) (Entered: 10/04/2006) |
| 10/10/2006 | ● | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) 62 ) (Court order to follow.)(gh, ) (Entered: 10/10/2006) |
| 10/13/2006 | ●74 | Order Re Cross Motions to Preclude or Compel. (RE: related document(s)54 Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) (Entered: 10/13/2006) |
| 10/13/2006 | ● | Hearing Set Re Motion. On (RE: related document(s)54 Motion *to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery*). Hearing scheduled for 11/15/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 10/16/2006) |
| 10/15/2006 | ●75 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)74 Order). Service Date 10/15/2006. (Admin.) (Entered: 10/16/2006) |
| 10/18/2006 | ●76 | Notice Regarding *Motion for Summary Judgment* Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/18/2006 | ●77 | Motion *for Summary Judgment* Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/18/2006 | ●78 | Declaration of Ray Yeganeh in support of *motion for summary judgment* (RE: related document(s)76 Notice). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/18/2006 | ●79 | Document: *Table of Contents for Memorandum of Points and Authorities in Support of Motion for Summary Judgment*. Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/18/2006 | ●80 | Document: *Table of Contents to Memorandum of Points and Authorities in Support of Motion for Summary Judgment*. Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/18/2006 | ●81 | Notice Regarding *Lodgment of Documentary Evidence of Which Judicial Notice is Sought and Other Documentary Evidence in Support of Defendants' Motion for Summary Judgment* Filed by Defendant F. Namdaran (Attachments: # 1 Index # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit) (Chance, Jonathan) (Entered: 10/18/2006) |

| 10/18/2006 | ●82 | Declaration of William Gilg, Esq. in Support of *Defendants' Motion for Summary Judgment* (RE: related document(s)81 Notice, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/18/2006) |
|---|---|---|
| 10/18/2006 | ●83 | Certificate of Service *Re Defendants' Motion for Summary Judgment* (RE: related document(s)76 Notice). (Chance, Jonathan) (Entered: 10/18/2006) |
| 10/19/2006 | ●84 | Memorandum of Points and Authorities in support of *Defendants' motion for summary judgment* (RE: related document(s)76 Notice). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 10/19/2006) |
| 10/23/2006 | | Receipt of Appeal Filing Fee. Amount 255.00 from Ramin Yeganeh. Receipt Number 30041852. (lp) (Entered: 10/23/2006) |
| 10/23/2006 | ●85 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)74 Order). Appellant Designation due by 11/2/2006. Transmission to District Court due by 11/22/2006. Filed by Defendant F. Namdaran (gg, ) (Entered: 10/24/2006) |
| 10/23/2006 | ●86 | Statement of Election to District Court, (RE: related document(s)85 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). Filed by Defendant F. Namdaran (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ●87 | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)85 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ●88 | Transmittal of Record on Appeal to District Court (RE: related document(s)85 Notice of Appeal). (gg, ) (Entered: 10/24/2006) |
| 10/30/2006 | ●89 | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)85 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). Appellee designation due by 11/9/2006. Filed by Defendant F. Namdaran (gg, ) (Entered: 10/31/2006) |
| 11/01/2006 | ●90 | Brief/Memorandum in Opposition to *the Defendants' Motion for Summary Judgment* (RE: related document(s)77 Motion Miscellaneous Relief). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Request for Judicial Notice# 2 Declaration of Andrea A. Wirum# 3 Declaration of Emily L. Maxwell# 4 Declaration of Renee Glover-Chantler# 5 Evidentiary Objections# 6 Certificate of Service) (Le, Nhung) (Entered: 11/01/2006) |
| 11/03/2006 | ●91 | Brief/Memorandum in Opposition to *Plaintiff's motion for Summary Judgment* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Attachments: # 1 Table of Contents# 2 Table of Authorities) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●92 | Declaration of Farin Yeganeh in opposition of *Plaintiff's motion for Summary Judgment* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●93 | Declaration of Ken Yeganeh in opposition of *Plaintiff's motion for Summary Judgment* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●94 | Declaration of Ray Yeganeh in opposition of *Plaintiff's motion for Summary Judgment* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |

| 11/03/2006 | ●95 | Objection *to Plaintiff's evidence in support of Summary Judgment* (RE: related document(s)<u>56</u> Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
|---|---|---|
| 11/03/2006 | ●96 | Request To Take Judicial Notice (RE: related document(s)<u>56</u> Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●97 | Supplemental Document *Re Notice of Lodgement of Documentary Evidence* in opposition to Plaintiff's motion for summary judgment (RE: related document(s)<u>56</u> Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●98 | Supplemental Document *re Table of Exhibits* in opposition to Plaintiff's motion for summary judgment (RE: related document(s)<u>56</u> Motion for Summary Judgment/Adjudication,, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●99 | Certificate of Service (RE: related document(s)<u>56</u> Motion for Summary Judgment/Adjudication,, ). (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●100 | Exhibit *1-4 in support of defendants' opposition to summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●101 | Exhibit *5 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●102 | Exhibit *6 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●103 | Exhibit *7 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●104 | Exhibit *8 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●105 | Exhibit *9-16 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> Exhibit exhibit 9# <u>2</u> Exhibit exhibit 10# <u>3</u> Exhibit exhibit 11# <u>4</u> Exhibit exhibit12# <u>5</u> Exhibit exhibit 13# <u>6</u> Exhibit exhibit 14# <u>7</u> Exhibit exhibit 15# <u>8</u> Exhibit exhibit 16) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●106 | Exhibit *18-30* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> Exhibit exhibit 18# <u>2</u> Exhibit exhibit 19# <u>3</u> Exhibit exhibit 20# <u>4</u> Exhibit exhibit 21# <u>5</u> Exhibit exhibit 22# <u>6</u> Exhibit exhibit 23# <u>7</u> Exhibit exhibit 24# <u>8</u> Exhibit exhibit 25# <u>9</u> Exhibit exhibit 26# <u>10</u> Exhibit exhibit 27# <u>11</u> Exhibit exhibit 28# <u>12</u> Exhibit exhibit 29# <u>13</u> Exhibit exhibit 30) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●107 | Exhibit *17 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ●108 | Exhibit *31-37 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> |

| | | |
|---|---|---|
| | | Exhibit exhibit 32# <u>2</u> Exhibit exhibit 33# <u>3</u> Exhibit exhibit 34# <u>4</u> Exhibit exhibit 35# <u>5</u> Exhibit exhibit 36# <u>6</u> Exhibit exhibit 37) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>109</u> | Exhibit *39-41 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>110</u> | Exhibit *42 in opposition to motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>111</u> | Exhibit *38 parts 1-3 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> Exhibit exhibit 38 part 2# <u>2</u> Exhibit exhibit 38 part 3) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>112</u> | Exhibit *38 parts 4-7 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> Exhibit exhibit 38 part 5# <u>2</u> Exhibit exhibit 38 part 6# <u>3</u> Exhibit exhibit 38 part 7) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>113</u> | Exhibit *38 parts 8-10 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Attachments: # <u>1</u> Exhibit exhibit 38 part 9# <u>2</u> Exhibit exhibit 38 part 10) (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/03/2006 | ❹<u>114</u> | Exhibit *38 part 11 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/03/2006) |
| 11/04/2006 | ❹<u>115</u> | Exhibit *38 part 12 in opposition to plaintiff's motion for summary judgment* (RE: related document(s)<u>97</u> Supplemental Document, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/04/2006) |
| 11/07/2006 | ❹<u>116</u> | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)<u>85</u> Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (Attachments: # <u>1</u> Certificate of Service) Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 11/07/2006) |
| 11/08/2006 | ❹<u>117</u> | Reply to *Plaintiff's Opposition to Defendants' Motion for Summary Judgment* (RE: related document(s)<u>84</u> Memo of Points & Authorities). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/08/2006) |
| 11/08/2006 | ❹<u>118</u> | Request To Take Judicial Notice (RE: related document(s)<u>84</u> Memo of Points & Authorities, <u>117</u> Reply). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/08/2006) |
| 11/08/2006 | ❹<u>119</u> | Objection *To Evidence Submitted by Plaintiff in Opposition to Defendant's Motion for Summary Judgment* (RE: related document(s)<u>90</u> Opposition Brief/Memorandum, ). Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/08/2006) |
| 11/08/2006 | ❹<u>120</u> | Certificate of Service (RE: related document(s)<u>118</u> Request To Take Judicial Notice, <u>117</u> Reply, <u>119</u> Objection). (Chance, Jonathan) (Entered: 11/08/2006) |
| 11/09/2006 | ❹<u>131</u> | Notice of Filing of Bankruptcy Appeal and Order Setting Status Conference filed by United States District Court Case No. C-06-06782 MJJ. (RE: related document(s)<u>85</u> Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). . (gg, ) (Entered: 11/21/2006) |

| | | |
|---|---|---|
| 11/10/2006 | ●121 | Reply to *Defendants' Opposition to Motion for Summary Judgment Based on Actual Fraud* (RE: related document(s)91 Opposition Brief/Memorandum, ). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Emily L. Maxwell# 2 Declaration of Jeffrey L. Fillerup# 3 Declaration of Josef Peretz# 4 Evidentiary Objections# 5 Certificate of Service) (Le, Nhung) (Entered: 11/10/2006) |
| 11/13/2006 | ●122 | Supplemental Document *Supplemental Reply Memorandum in Support of the Trustee's Motion for Summary Judgment Based on Actual Fraud* in Support (RE: related document(s)121 Reply, ). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 11/13/2006) |
| 11/13/2006 | ●123 | Reply to *Opposition to* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, ). Filed by Creditor DLA Piper US LLP (Attachments: # 1 Certificate of Service) (Wallace, Amy) (Entered: 11/13/2006) |
| 11/13/2006 | ●124 | Reply to *Plaintiff's reply to Defendant's opposition to Defendant's motion for summary judgment* Filed by Defendant F. Namdaran (Chance, Jonathan) (Entered: 11/13/2006) |
| 11/13/2006 | ●125 | Request To Take Judicial Notice *Re Defendants' sur-reply to Plaintiff's reply in opposition to Defendant's opposition to Plaintiff's motion for summary judgment* Filed by Defendant F. Namdaran (Attachments: # 1 Exhibit) (Chance, Jonathan) (Entered: 11/13/2006) |
| 11/13/2006 | ●126 | Certificate of Service (RE: related document(s)125 Request To Take Judicial Notice,, 124 Reply). (Chance, Jonathan) (Entered: 11/13/2006) |
| 11/14/2006 | ●127 | Tentative Ruling on Cross Motions for Summary Judgment (RE: related document(s)56 Motion for Summary Judgment/Adjudication, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) Modified on 11/15/2006 (gg, ). (Entered: 11/14/2006) |
| 11/15/2006 | ● | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) 54 ) (submitted.)(gh, ) (Entered: 11/15/2006) |
| 11/16/2006 | ●128 | Certificate of Readiness Re: (RE: related document(s)85 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ●129 | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)128 Certificate of Readiness). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ●130 | Transmittal of Appellee and Appellant Designation of Record on Appeal to District Court (RE: related document(s)85 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (gg, ) (Entered: 11/16/2006) |
| 11/21/2006 | ● | **ERROR** Court Caption shows US District Court San Jose Division. (RE: related document(s)123 Reply). (gg, ) ERROR: ERROR DOCKETED IN ERROR. Modified on 11/22/2006 (gg, ). (Entered: 11/21/2006) |
| 01/10/2007 | ●132 | Notice of Appearance and Request for Notice filed by Creditor Carl S. Kletter (gg, ) (Entered: 01/12/2007) |
| 05/06/2007 | ●133 | Transcript, Date of Hearing: Nov. 15, 2006 *Trustee's motion for summary judgment*. (Palmer, Susan) (Entered: 05/06/2007) |
| 05/29/2007 | ●134 | Notice of Status Conference to be held on 6/1/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 05/29/2007) |

| 06/01/2007 | ◗ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 134 ) (gh, ) (Entered: 06/01/2007) |
| 07/02/2007 | ◗135 | Transcript Re: Appeal *Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)85 Notice of Appeal). (McCall, Jo) (Entered: 07/02/2007) |
| 09/25/2007 | ◗136 | Notice of Status Conference to be held on 10/5/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) Modified on 9/26/2007 ONLY THE CERTIFICATE OF SERVICE IS ATTACHED (dc, ). (Entered: 09/25/2007) |
| 09/26/2007 | ◗ | **ERROR** Wrong pdf attached (RE: related document(s)136 Notice of Status Conference). (dc, ) (Entered: 09/26/2007) |
| 09/28/2007 | ◗137 | Amended Notice of Status Conference to be held on 10/9/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/28/2007) |
| 10/03/2007 | ◗138 | Second Amended Notice of Status Conference to be held on 10/19/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) Modified on 10/3/2007 (dc, ). (Entered: 10/03/2007) |
| 10/03/2007 | ◗ | **CORRECTIVE ENTRY** Court Corrected hearing date from 10/10/07 to 10/19/07 to match the PDF (RE: related document(s) 138 Notice of Status Conference). (dc, ) (Entered: 10/03/2007) |
| 10/19/2007 | ◗ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 138 ) (Parties requested ruling be postpone until 11/9/07.)(gh, ) (Entered: 10/19/2007) |
| 10/30/2007 | ◗139 | Order Dismissing Appeal (RE: related document(s) 85 Notice of Appeal). The Court Dismisses the appeal failure to Prosecute Pursuant to FED.R.CIV.P.41(b) with Certificate of Service (dc, ) (Entered: 11/05/2007) |
| 11/05/2007 | | Flags Set-Reset to remove Appeal flag. (dc, ) (Entered: 11/05/2007) |
| 11/12/2007 | ◗140 | Document: *Report Regarding October 19, 2007 Status Conference..* Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 11/12/2007) |
| 11/13/2007 | ◗ | **ERROR** Wrong event code used, should have docketed as Report (RE: related document(s) 140 Document). (dc, ) (Entered: 11/13/2007) |
| 02/28/2008 | ◗141 | Order re Trustee's and Defendants' Cross Motions for Summary Judgment. (RE: related document(s)56 Motion for Summary Judgment/Adjudication filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (ac, ) (Entered: 02/28/2008) |
| 02/29/2008 | ◗142 | Notice of Status Conference to be held on 3/7/2008 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/29/2008) |
| 03/01/2008 | ◗143 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)141 Order). Service Date 03/01/2008. (Admin.) (Entered: 03/01/2008) |
| 03/06/2008 | | Receipt of Appeal Filing Fee. Amount 255.00 from Yeganeh. Receipt Number 30044984. (cg) (Entered: 03/06/2008) |

| 03/06/2008 | 144 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)141 Order). Appellant Designation due by 3/17/2008. Transmission to District Court due by 4/7/2008. Filed by Defendant F. Namdaran (ac, ) (Entered: 03/07/2008) |
| --- | --- | --- |
| 03/06/2008 | 145 | Statement of Election to District Court, (RE: related document(s)144 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). Filed by Defendant F. Namdaran (ac, ) (Entered: 03/07/2008) |
| 03/07/2008 | | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 142 ) (Trial set for 6/3/08 at 9:30 AM, Pre Trial set for 5/2/08 at 11:00 AM. Court to do order.)(gh, ) (Entered: 03/07/2008) |
| 03/07/2008 | 146 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)145 Statement of Election on Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran, 144 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (ac, ) (Entered: 03/07/2008) |
| 03/07/2008 | 147 | Transmittal of Record on Appeal to District Court (RE: related document(s)144 Notice of Appeal filed by Counter-Claimant F. Namdaran, Defendant F. Namdaran). (ac, ) (Entered: 03/07/2008) |