IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. SIMS,

        Plaintiff,

v.

FRAN YEGANEH,

        Defendant.
_____/

No. C-08-01399 CW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 05-30047 TEC
    Adversary No.: 05-3240
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-08-01399 CW before the Honorable Claudia Wilken.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/17/2008 at     in Courtroom 2, Oakland.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 12, 2008

                                For the Court
                                Richard W. Wieking, Clerk

                                MARY ANN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record