UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RAMIN YEGANEH,

Case Number: CV08-01399 CW
CV08-01400 CW
CV08-01401 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy of the Order Granting Appellee's Motion to Dismiss, by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

**US Bankruptcy Judge Thomas E. Carlson**
US Bankruptcy Court, SF
235 Pine Street
PO Box 7341
San Francisco, CA 94120

**U.S. Bankruptcy Manager**
U.S. Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341

Dated: May 12, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk